# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| Kenneth H. Lobell a/k/a Kenny Lobell,   ) | |
| ) | |
| Plaintiff,   ) | **ORDER RE ADMISSION** |
| ) | **PRO HAC VICE** |
| vs.   ) | |
| ) | |
| Capital Transport, LLC, Capital Oil Field   ) | |
| Services, LLC, and Chad Denton,   ) | |
| ) | Case No. 4:12-cv-156 |
| Defendants.   ) | |

Before the court is defendants' motion for attorney Stephen R. Cochell to appear *pro hac vice* on their behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Stephen R. Cochell has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 4) is **GRANTED**. Attorney Stephen R. Cochell is admitted to practice before this court in the above-entitled action on defendant's behalf.

**IT IS SO ORDERED.**

Dated this 21st day of November, 2012.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge