IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Kenneth H. Lobell a/k/a Kenny Lobell, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Capital Transport, LLC, Capital Oil Field Services, LLC, and Chad Denton, | ) ) | |
| | ) | Case No. 4:12-cv-156 |
| Defendants. | ) | |

Before the court is the plaintiff's motion for attorney Matthew L. Pepper to appear *pro hac vice* on his behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Matthew L. Pepper has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the plaintiff's motion (Docket No. 10) is **GRANTED**. Attorney Matthew L. Pepper is admitted to practice before this court in the above-entitled action on the plaintiff's behalf.

**IT IS SO ORDERED.**

Dated this 19th day of December, 2012.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge