# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| Kenneth H. Lobell a/k/a/ Kenny Lobell, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| Capital Transport, LLC, Capital Oil Field ) | |
| Services, LLC, and Chad Denton, ) | |
| ) | Case No. 4:12-cv-156 |
| Defendant. ) | |

On July 30, 2013, the court issued an order granting defendants' motion to stay this case pending resolution of a case filed by defendants against plaintiff in Bell County, Texas. More than a year has since passed since the court last heard from the parties. Consequently, the parties are directed to submit a brief report by October 2, 2014, updating this court of the status of their case in Bell County, Texas.

**IT IS SO ORDERED.**

Dated this 2nd day of September, 2014.

                                            */s/ Charles S. Miller, Jr.*
                                            Charles S. Miller, Jr., Magistrate Judge
                                            United States District Court