# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Kenneth H. Lobell a/k/a Kenny Lobell, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Capital Transport, LLC, Capital Oil Field ) | |
| Services, LLC, and Chad Denton, ) | Case No. 4:12-cv-156 |
| ) | |
| Defendants. ) | |

On July 30, 2013, the court issued an order granting defendants' motion to stay this case pending resolution of <u>Capital Transport LLC, et. al. v. Kenneth Lobell, et. al.</u>, a case filed by defendants against plaintiff in 146th Judicial Circuit, Bell County, Texas (hereinafter referred to as the "Bell County Case"). At the court's direction, the parties filed reports advising of the status of the Bell County Case in October 2014. Approximately 19 months have since lapsed. Accordingly, the parties are directed to file joint report by June 6, 2016, updating this court on the status of the Bell County Case.

**IT IS SO ORDERED.**

Dated this 6th day of May, 2016.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court