# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Kenneth H. Lobell a/k/a Kenny Lobell, | ) |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| Capital Transport, LLC, Capital Oil Field Services, LLC, and Chad Denton, | ) Case No. 4:12-cv-156 |
| Defendants. | ) |

On July 30, 2013, the court issued an order granting defendants' motion to stay this case pending resolution of Capital Transport LLC, et. al. v. Kenneth Lobell, et. al., a case filed by defendants against plaintiff in 146th Judicial Circuit, Bell County, Texas (hereinafter referred to as the "Bell County Case"). At the court's direction, the parties periodically filed reports advising of the status the Bell County Case. The most recent status reports were filed on June 6, 2016. As more than two years have since passed, the court directs the parties to file supplemental reports by October 1, 2018, updating it on the status of the Bell County Case.

**IT IS SO ORDERED.**

Dated this 29th day of August, 2018.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court